UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN (DETROIT)

| | |
|---|---|
| In re: | Case No: 09-73813 |
| Michael Nathaniel Campbell | Chapter: 13 |
| Debtor(s) | Hon. Judge: Marci B. McIvor |

## OBJECTION TO CONFIRMATION

NOW COMES Ocwen Loan Servicing LLC, as servicing agent for Wells Fargo Bank, N.A., successor by merger to Wells Fargo Bank Minnesota, N.A., as Trustee f/k/a Norwest Bank Minnesota, N.A., as Trustee for the Structured Asset Securities Corporation Amortizing Residential Collateral Trust Mortgage Pass-Through Certificates, Series 2002-BC8 (hereinafter "Creditor") by and through its attorneys, Randall S. Miller & Associates, P.C., and hereby Objects to Confirmation as follows:

1. That Debtor entered into a mortgage with EquiFirst Corporation dated July 31, 2002 and recorded August 12, 2002 in Liber 36733, Page 775, Wayne County Records;

2. That said mortgage was assigned to Wells Fargo Bank, N.A., successor by merger to Wells Fargo Bank Minnesota, N.A., as Trustee f/k/a Norwest Bank Minnesota, N.A., as Trustee for the Structured Asset Securities Corporation Amortizing Residential Collateral Trust Mortgage Pass-Through Certificates, Series 2002-BC8by an Assignment of Mortgage submitted for recording;

3. That said mortgage is secured by the property located at 20145 Cameron, Detroit, MI 48203 and more particularly described as:

   Lot 574, except the West 76 feet thereof, Eight Oakland Subdivision, according to the plat thereof as recorded in Liber 34, page 66 of Plats, Wayne County Records.

4. That said mortgage is in material default;

5. That Debtor`s Plan proposes to Cram Ocwen's lien.

6. That based on Debtor's valuation, the approximate value of the property is $12,000.00;

7. That pursuant to the SEV, the approximate value of the property is $53,176.00;

8. That a recent Broker's Price Opinion appraised the property at approximately $26,588.00

9. That Creditor objects to Debtor's valuation;

10. That Creditor's ongoing monthly mortgage obligation will never be post-petition current based on the Debtor's proposed plan, which creditor asserts is unreasonable and in contravention of 11 USC §1322(b)(5), which requires that payments be maintained while curing the default.

WHEREFORE, Creditor prays that confirmation be denied.

                                  Respectfully Submitted,
                                  Randall S. Miller & Associates, P.C.

Dated: January 4, 2010                /s/ Jason R Canvasser (P69814)
                                  43252 Woodward Ave, Ste 180
                                  Bloomfield Hills, MI 48302
                                  jcanvasser@millerlaw.biz
                                  (248) 335-9200

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN (DETROIT)

| | |
|---|---|
| In re: | Case No: 09-73813 |
| Michael Nathaniel Campbell | Chapter: 13 |
| Debtor(s) | Hon. Judge: Marci B. McIvor |

### **CERTIFICATE OF SERVICE**

The undersigned states that on January 4, 2010, copies of Ocwen Loan Servicing LLC, as servicing agent for Wells Fargo Bank, N.A., successor by merger to Wells Fargo Bank Minnesota, N.A., as Trustee f/k/a Norwest Bank Minnesota, N.A., as Trustee for the Structured Asset Securities Corporation Amortizing Residential Collateral Trust Mortgage Pass-Through Certificates, Series 2002-BC8Objection to Confirmation was served upon the following parties via CM-ECF electronic filing:

James P. Frego, II, 23846 Joy Road, Dearborn Heights, MI 48127

David Wm Ruskin, 26555 Evergreen Rd., Ste. 1100, Southfield, MI 48076

    Respectfully Submitted,
    Randall S. Miller & Associates, P.C.

Dated: January 4, 2010    /s/ Jason R Canvasser (P69814)
    43252 Woodward Ave, Ste 180
    Bloomfield Hills, MI 48302
    jcanvasser@millerlaw.biz
    (248) 335-9200