UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:  
MICHAEL NATHANIEL CAMPBELL

CASE NO: 09-73813mbm  
CHAPTER: 13  
HONORABLE: MCIVOR

Debtor(s).

## ORDER CONFIRMING PLAN

The Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 U.S.C. S1325(a) are met.

IT IS HEREBY ORDERED that the Debtor(s) Chapter 13 plan, as last amended, if at all, is confirmed.

IT IS FURTHER ORDERED that the claim of Frego & Brodsky PLC, attorney(s) for the Debtor(s), for the allowance of compensation and reimbursement of expenses is allowed in the total amount of $fees by application in fees and $fees by application in expenses and that the portion of such claim which has not already been paid, to-wit: $fees by application shall be paid by the Trustee as an administrative expense of this case

IT IS FURTHER ORDERED that the Debtor(s) shall maintain all policies of insurance on all property of the Debtor(s) and this estate as required by law and contract.

All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 U.S.C. S502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

IT IS FURTHER ORDERED as follows:

[X]  Debtor(s) shall remit to the Trustee, __100 %__ of all tax refunds to which Debtor(s) is/are entitled to since commencement of the Plan and shall not alter withholdings without Court approval.

[X]  The language "Surrender Property in Full Satisfaction of Debt" as it relates to the Class Five Claim of GMAC shall be stricken as to that creditor only. GMAC shall be permitted to file an amended proof of clam for the property located at 20132 Hawthorne, Detroit, MI 48203.

[X]  Debtor(s) plan payments shall increase to $381.68 weekly effective March 11, 2010.

[X]  Debtor agrees to pay all post-petition escrow advances made by GMAC Mortgage LLC, for the property located at 20066 Cameron Street, Detroit, MI. Further, GMAC Mortgage LLC, shall be allowed to file a supplementary proof of claim for any post-petition escrowed advances, without prejudice to any party's right to object.

[X]    Debtor shall begin immediately paying all property taxes and insurance for the property located at 20066 Cameron Street, Detroit, MI. as GMAC Mortgage LLC is allowed to cancel the escrow account.

**APPROVED:**

**OBJECTIONS WITHDRAWN**

| | | |
|---|---|---|
| **/s/ David Wm. Ruskin** | **/s/ Brett Border (P65534)** | **DEBTOR(S) ATTORNEY:** |
| **DAVID WM. RUSKIN (P26803)** | **FOR CREDITOR:** | |
| **CH 13 STANDING TRUSTEE** | **GMAC INC.,** | **/s/ Crystal L. Price** |
| **26555 EVERGREEN, #1100** | | **JAMES P. FREGO (P55727)** |
| **SOUTHFIELD, MI 48076** | **_____** | **CRYSTAL L. PRICE (P69921)** |
| **(248) 352-7755** | **FOR CREDITOR** | Attorney for Debtor |
| ecf-emails@det13.com | **GMAC, INC.** | 23843 Joy Road |
| | | Dearborn Heights, MI 48127 |
| | | (313) 565-4252 |
| | | jpfrego1@yahoo.com |
| | **/s/ Jason R. Canvasser (P69814)** | |
| | **FOR CREDITOR:** | |
| | **Ocwen Loan Servicing LLC** | |

.

**Signed on March 17, 2010**

    **__/s/ Marci B. McIvor__**
    **Marci B. McIvor**
    **United States Bankruptcy Judge**