UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:   Michael Campbell             Case No.:   09-73813-mbm
                                                 Chapter:    13
                                                 Judge:      Marci B. McIvor

_____Debtor(s)_____/

ORDER AWARDING AND APPROVING PAYMENT OF POST-CONFIRMATION
ATTORNEY FEE APPLICATION AS AN ADMINISTRATIVE EXPENSE OF CHAPTER 13 PLAN
PURSUANT TO L.B.R. 9014-1 AND 2016-1(a)(E.D.M.) FROM 06/18/14 THROUGH 12/10/14

This matter having come before the Court upon the application of the attorney for the Debtor(s), all interested parties having been served with notice of the application and the provisions of L.B.R. 9014-1 and 2016-1(a)(E.D.M.) having been met, no objections to the application having been received and a certification of no response having been filed, and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED:**

1. The Court approves Applicant's fees and expenses as follows:

    | | | |
    |---|---|---|
    | PRIOR AWARD FOR FEES: | $ 5,682.00 | |
    | PRIOR AWARD FOR COSTS: | $ 111.78 | |
    | TOTAL AWARD TO DATE: | | $ 5,793.78 |
    | | | |
    | THIS AWARD FOR FEES: | $ 513.50 | |
    | THIS AWARD FOR COSTS: | $ 1.73 | |
    | **TOTAL THIS AWARD:** | | **$ 515.23** |
    | | | |
    | Amount paid directly by Debtor(s): | $ 0.00 | |
    | **Balance to be paid from Chapter 13 Plan**: | **$ 515.23** | |
    | | | |
    | GRAND TOTAL FEES AND COSTS: | | $ 6,309.01 |

2. This award covers services rendered and expenses incurred from  06/18/14  through  12/10/14 .

.

**Signed on January 23, 2015**

                                    /s/ Marci B. McIvor
                                    Marci B. McIvor
                                    United States Bankruptcy Judge